# JacksonLewis

Jackson Lewis P.C.
58 South Service Road
Suite 250
Melville NY 11747
(631) 247-0404

MEMO ENDORSED

Direct Dial: (631) 247-4652
Email: JEFFREY.BRECHER@JACKSONLEWIS.COM

May 19 2023

**VIA ECF**

Judge Kenneth M. Karas
United States District Court
Southern District of New York
300 Quarropas Street, Chambers 533
White Plains, New York 10601-4150

          Re:    **Amber Zachary et al. v. McKesson Corporation
                          Case No. 22-cv-08601**

Dear Judge Karas:

      We represent the Defendant. We are writing on behalf of both parties to advise the Court the parties have reached a settlement in this case, and to request that the Court stay all deadlines pending the filing of a stipulation of dismissal with prejudice, which the parties anticipate will be filed within the next two weeks.

      Thank you for your attention to this matter.

Granted.
So Ordered.
5/19/23

Very truly yours,

JACKSON LEWIS P.C.

/s/

JEFFREY W. BRECHER

cc: Brett Cohen, Esq.

4859-7678-8581, v. 1